Katherine E. Carlton Robinson, Esq.  (IN #31694-49)
   (admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  krobinson@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*

Lauren E. Tate, Esq. (CSB #124483)
Tate & Associates
1321 8th Street, Suite 4
Berkeley, CA  94710
Telephone:  510-525-5100
Fax:  510-525-5130
E-Mail:  ltate@tateandassociates-law.com

*Local Counsel for Defendant Trans Union, LLC*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVE H. KOIDAL, | CASE NO. 3:16-cv-00350-HSG |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY** |
| AMERICAN HONDA FINANCE CORPORATION; TRAVIS CREDIT UNION; WELLS FARGO AUTO FINANCE, INC.; DELL FINANCIAL SERVICES, L.L.C.; CHASE BANK USA, N.A.; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES LLC; and TRANS UNION, LLC; | |
| Defendants. | |

Plaintiff Steve H. Koidal, ("Plaintiff") by counsel, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Trans Union only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.  This Court retains jurisdiction to enforce the settlement of this action.

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY – 3:16-CV-00350-HSG**
Page 1 of 3

| | |
|---|---|
| | Respectfully submitted, |
| Date: April 11, 2016 | *s/ Clark Ovruchesky (with consent)* |
| | Clark Ovruchesky, Esq. |
| | Law Office of Clark Ovruchesky |
| | 750 B. Street, Suite 3300 |
| | San Diego, CA  92101 |
| | Telephone:  619-356-8960 |
| | Fax:  619-330-7610 |
| | E-Mail:  co@colawcalifornia.com |
| | |
| | *Counsel for Plaintiff Steve H. Koidal* |
| | |
| Date: April 13, 2016 | *s/ Katherine E. Carlton Robinson* |
| | Katherine E. Carlton Robinson, Esq. |
| | (IN #31694-49) |
| | (admitted *Pro Hac Vice*) |
| | Schuckit & Associates, P.C. |
| | 4545 Northwestern Drive |
| | Zionsville, IN  46077 |
| | Telephone:  317-363-2400 |
| | Fax:  317-363-2257 |
| | E-Mail:  krobinson@schuckitlaw.com |
| | |
| | *Lead Counsel for Defendant Trans Union, LLC* |
| | |
| | Lauren E. Tate, Esq. (CSB #124483) |
| | Tate & Associates |
| | 1321 8th Street, Suite 4 |
| | Berkeley, CA  94710 |
| | Telephone:  510-525-5100 |
| | Fax:  510-525-5130 |
| | E-Mail:  ltate@tateandassociates-law.com |
| | |
| | *Local Counsel for Defendant Trans Union, LLC* |
| | |
| | *Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the Signatories.* |

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY – 3:16-CV-00350-HSG**

PURSUANT TO STIPULATION, IT IS SO ORDERED that Trans Union, LLC is dismissed with prejudice. Plaintiff and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees.

Date: 4/13/2016

*Haywood S. Gilliam Jr.*
JUDGE, United States District Court, Northern District of California

DISTRIBUTION TO:

| | |
|---|---|
| Clark Ovruchesky, Esq. co@colawcalifornia.com | Alexander M. Porcaro, Esq. aporcaro@fbm.com |
| Courtney C. Wenrick, Esq. ccw@severson.com | Julieta Stepanyan, Esq. jstepanyan@stroock.com |
| Kristen Mah Rogers, Esq. krogers@krogers@fbm.com | Kesley Israel-Trummel, Esq. kitrummel@jonesday.com |
| Leora R. Ragones, Esq. lsimantov@llcllp.com | Mark D. Lonergan, Esq. mks@severson.com |
| Mary Kate Sullivan, Esq. mks@severson.com | Rebecca Snavely Saelao, Esq. rss@severson.com |
| Stephen J. Newman, Esq. snewman@stroock.com | Thomas P. Quinn, Esq. tquinn@nokesquinn.com |
| Timothy J. McCaffery, Esq. tjm@llcllp.com | Katherine E. Carlton Robinson, Esq. krobinson@schuckitlaw.com |
| Lauren E. Tate, Esq. ltate@tateandassociates-law.com | |