**LAW OFFICE OF CLARK OVRUCHESKY**
Clark Ovruchesky, Esq. (301844)
co@colawcalifornia.com
750 B. Street, Suite 3300
San Diego, California 92101
Telephone: (619) 356-8960

*Attorneys for Plaintiff,*
Steve H. Koidal

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE H. KOIDAL,<br><br>**Plaintiff,**<br><br>v.<br><br>**AMERICAN HONDA FINANCE CORPORATION, TRAVIS CREDIT UNION, WELLS FARGO AUTO FINANCE, INC., DELL FINANCIAL SERVICES L.L.C., CHASE BANK USA, N.A., EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES LLC, and TRANS UNION LLC.,**<br><br>**Defendants.** | Case No.: 3:16-cv-0350-HSG<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT EQUIFAX INFORMATION SERVICES LLC ONLY**<br><br>**HON. JUDGE HAYWOOD S. GILLIAM, JR.** |

Plaintiff STEVE H. KOIDAL (hereinafter "Plaintiff") and Defendant EQUIFAX INFORMATION SERVICES LLC (hereinafter "Defendant Equifax") (jointly hereinafter referred to as "the Parties"), hereby stipulate to dismiss Defendant Equifax only from the above-entitled action, with prejudice, with each party to bear its own costs and attorneys' fees.

---

**STIPULATION OF DISMISSAL** PAGE 1 OF 2

Dated: May 2, 2016						Respectfully submitted,

								**LAW OFFICE OF CLARK OVRUCHESKY**

								By:	/s/ Clark Ovruchesky
									Clark Ovruchesky
									ATTORNEYS FOR PLAINTIFF

Dated: May 2, 2016						Respectfully submitted,

								**NOKES & QUINN**

								By:	/s/ Thomas P. Quinn, Jr.
									Thomas P. Quinn, Jr.
									ATTORNEYS FOR DEFENDANT

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to all defense counsels listed above, and that I have obtained their authorizations to affix their electronic signatures to this document.

Dated: May 2, 2016						**LAW OFFICE OF CLARK OVRUCHESKY**

								By:	/s/ Clark Ovruchesky
									Clark Ovruchesky
									ATTORNEYS FOR PLAINTIFF

**PURSUANT TO STIPULATION, IT IS SO ORDERED** that Defendant Equifax is dismissed with prejudice. Plaintiff and Defendant Equifax shall each bear their own costs and attorneys' fees.

Date: _____5/3/2016_____				_____
								HON. HAYWOOD S. GILLIAM, JR.
								UNITED STATES DISTRICT JUDGE