**LAW OFFICE OF CLARK OVRUCHESKY**
Clark Ovruchesky, Esq. (301844)
co@colawcalifornia.com
750 B. Street, Suite 3300
San Diego, California 92101
Telephone: (619) 356-8960

*Attorneys for Plaintiff,*
Steve H. Koidal

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE H. KOIDAL,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN HONDA FINANCE CORPORATION, TRAVIS CREDIT UNION, WELLS FARGO AUTO FINANCE, INC., DELL FINANCIAL SERVICES L.L.C., CHASE BANK USA, N.A., EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES LLC, and TRANS UNION LLC.,<br><br>Defendants. | Case No.: 3:16-cv-0350-HSG<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT WELLS FARGO BANK, N.A. (ERRONEOUSLY SUED AS WELLS FARGO AUTO FINANCE, INC.) ONLY**<br><br>**HON. JUDGE HAYWOOD S. GILLIAM, JR.** |

Plaintiff Steve H. Koidal (hereinafter "Plaintiff") and Defendant Wells Fargo Bank, N.A. (erroneously sued as "Wells Fargo Auto Finance, Inc.") (hereinafter "Wells Fargo") (jointly hereinafter referred to as "the Parties"), hereby stipulate to dismiss Defendant Wells Fargo only from the above-entitled action, with prejudice, with each party to bear its own costs and attorneys' fees.

LAW OFFICE OF CLARK OVRUCHESKY
750 B. STREET, SUITE 3300
SAN DIEGO, CA 92101

DATED: August 25, 2016          Respectfully submitted,

                                LAW OFFICE OF CLARK OVRUCHESKY

                                By: /s/ Clark Ovruchesky
                                     CLARK OVRUCHESKY, ESQ.
                                     ATTORNEY FOR PLAINTIFF


DATED:  August 25, 2016         SEVERSON & WERSON

                                By:  /s/ Courtney C. Wenrick
                                     Courtney C. Wenrick
                                     Attorneys for Defendant,
                                     Wells Fargo Dealer Services, a division of
                                     Wells Fargo Bank, N.A. (erroneously sued
                                     as "Wells Fargo Auto Finance, Inc.")

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to all defense counsels listed above, and that I have obtained their authorizations to affix their electronic signatures to this document.

Dated: August 25, 2016          **LAW OFFICE OF CLARK OVRUCHESKY**

                                By:    /s/ Clark Ovruchesky
                                       Clark Ovruchesky
                                       ATTORNEYS FOR PLAINTIFF


   **PURSUANT TO STIPULATION, IT IS SO ORDERED** that Defendant Wells Fargo Bank, N.A. is dismissed with prejudice.  Plaintiff and Defendant Wells Fargo Bank, N.A. shall each bear their own costs and attorneys' fees.

Date: _____8/26/2016_____

                                HON. HAYWOOD S. GILLIAM, JR.
                                UNITED STATES DISTRICT JUDGE

LAW OFFICE OF CLARK OVRUCHESKY
750 B. STREET, SUITE 3300
SAN DIEGO, CA 92101

**CERTIFICATE OF SERVICE**
*Koidal v. American Honda Finance Corporation et al*
**Case No: No: 16-cv-00350-HSG**

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of San Diego, State of California, and not a party to the above-entitled cause.

On August 25, 2016, I served a true copy of:

- **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT WELLS FARGO BANK, N.A. (ERRONEOUSLY SUED AS WELLS FARGO AUTO FINANCE, INC.) ONLY**

[X] By ECF: On this date, I electronically filed the following document(s) with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to all other parties appearing on the docket sheet.

I declare under penalty of perjury that the above is true and correct (and that I am employed in or by the office of a member of the bar of this Court at whose direction the service was made).

Executed on August 25, 2016 San Diego, CA.

By: /s/ Clark Ovruchesky
CLARK OVRUCHESKY, ESQ.
ATTORNEY FOR PLAINTIFF

LAW OFFICE OF CLARK OVRUCHESKY
750 B. STREET, SUITE 3300
SAN DIEGO, CA 92101

PROOF OF SERVICE