**LAW OFFICE OF CLARK OVRUCHESKY**
Clark Ovruchesky, Esq. (301844)
co@colawcalifornia.com
750 B. Street, Suite 3300
San Diego, California 92101
Telephone: (619) 356-8960

*Attorneys for Plaintiff,*
Steve H. Koidal

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE H. KOIDAL,<br><br>**Plaintiff,**<br><br>v.<br><br>AMERICAN HONDA FINANCE CORPORATION, TRAVIS CREDIT UNION, WELLS FARGO AUTO FINANCE, INC., DELL FINANCIAL SERVICES L.L.C., CHASE BANK USA, N.A., EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES LLC, and TRANS UNION LLC.,<br><br>**Defendants.** | Case No.: 3:16-cv-0350-HSG<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRAVIS CREDIT UNION ONLY**<br><br>**HON. JUDGE HAYWOOD S. GILLIAM, JR.** |

Plaintiff Steve H. Koidal (hereinafter "Plaintiff") and Defendant Travis Credit Union (hereinafter "TCU") (jointly hereinafter referred to as "the Parties"), hereby stipulate to dismiss Defendant TCU only from the above-entitled action, with prejudice, with each party to bear its own costs and attorneys' fees.

| | |
|---|---|
| DATED: August 25, 2016 | Respectfully submitted, |
| | LAW OFFICE OF CLARK OVRUCHESKY |
| | By: /s/ Clark Ovruchesky |
| | CLARK OVRUCHESKY, ESQ. |
| | ATTORNEY FOR PLAINTIFF |
| DATED: August 25, 2016 | LOMBARDI, LOPER, & CONANT |
| | By: /s/ Leora R. Ragones |
| | Leora R. Ragones |
| | Attorneys for Defendant, |
| | Travis Credit Union |

### SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to all defense counsels listed above, and that I have obtained their authorizations to affix their electronic signatures to this document.

Dated: August 25, 2016                     LAW OFFICE OF CLARK OVRUCHESKY

                                            By:    /s/ Clark Ovruchesky
                                                   Clark Ovruchesky
                                                   ATTORNEYS FOR PLAINTIFF

**PURSUANT TO STIPULATION, IT IS SO ORDERED** that Defendant Travis Credit Union is dismissed with prejudice. Plaintiff and Defendant Travis Credit Union shall each bear their own costs and attorneys' fees.

Date: _____8/26/2016_____            _____
                                        HON. HAYWOOD S. GILLIAM, JR.
                                        UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE
*Koidal v. American Honda Finance Corporation et al*
Case No: No: 16-cv-00350-HSG

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of San Diego, State of California, and not a party to the above-entitled cause.

On August 25, 2016, I served a true copy of:

- **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRAVIS CREDIT UNION ONLY**

[X] By ECF: On this date, I electronically filed the following document(s) with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to all other parties appearing on the docket sheet.

I declare under penalty of perjury that the above is true and correct (and that I am employed in or by the office of a member of the bar of this Court at whose direction the service was made).

Executed on August 25, 2016 San Diego, CA.

By: /s/ Clark Ovruchesky
CLARK OVRUCHESKY, ESQ.
ATTORNEY FOR PLAINTIFF

PROOF OF SERVICE