**LAW OFFICE OF CLARK OVRUCHESKY**
Clark Ovruchesky, Esq. (301844)
co@colawcalifornia.com
750 B. Street, Suite 3300
San Diego, California 92101
Telephone: (619) 356-8960

*Attorneys for Plaintiff,*
Steve H. Koidal

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE H. KOIDAL,<br><br>**Plaintiff,**<br><br>v.<br><br>AMERICAN HONDA FINANCE CORPORATION, TRAVIS CREDIT UNION, WELLS FARGO AUTO FINANCE, INC., DELL FINANCIAL SERVICES L.L.C., CHASE BANK USA, N.A., EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES LLC, and TRANS UNION LLC.,<br><br>**Defendants.** | Case No.: 3:16-cv-0350-HSG<br><br>**JOINT MOTION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR PARTIES TO FILE JOINT DISMISSAL IN RESPECT TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.**<br><br>**HON. JUDGE HAYWOOD S. GILLIAM, JR.** |

Plaintiff Steve H. Koidal (hereinafter "Plaintiff") and Defendant Experian Information Solutions, Inc. (hereinafter "Experian") (jointly hereinafter referred to as "the Parties") are filing this motion to extend this Court's deadline of September 2, 2016 for the Parties to file a dismissal as to Defendant Experian (ECF No. 69).

The Parties have been working diligently to execute the written settlement agreement and fulfill their obligations under the settlement agreement. However, this process has taken longer than previously anticipated, but the Parties are confident that it will fully resolve by September 30, 2016. Therefore, the Parties respectfully request that this Court extend its deadline for the Parties to file a joint dismissal as to Defendant Experian to September 30, 2016.

DATED: September 2, 2016     Respectfully submitted,

LAW OFFICE OF CLARK OVRUCHESKY

By: /s/ Clark Ovruchesky
  CLARK OVRUCHESKY, ESQ.
  ATTORNEY FOR PLAINTIFF

DATED:  September 2, 2016     JONES DAY

By: /s/ Kelsey Israel-Trummel
  Kelsey Israel-Trummel
  Attorneys for Defendant,
  Experian Information Solutions, Inc.

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to all defense counsels listed above, and that I have obtained their authorizations to affix their electronic signatures to this document.

Dated: September 2, 2016     LAW OFFICE OF CLARK OVRUCHESKY

By: /s/ Clark Ovruchesky
  Clark Ovruchesky
  ATTORNEYS FOR PLAINTIFF

**PURSUANT TO THE JOINT MOTION, IT IS SO ORDERED** that the Parties shall submit a Joint Dismissal as to Defendant Experian Information Solutions, Inc. by September 30, 2016.

Date: 9/6/2016

HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE
*Koidal v. American Honda Finance Corporation et al*
Case No: No: 16-cv-00350-HSG

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of San Diego, State of California, and not a party to the above-entitled cause.

On September 2, 2016, I served a true copy of:

- **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRAVIS CREDIT UNION ONLY**

[X] By ECF: On this date, I electronically filed the following document(s) with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to all other parties appearing on the docket sheet.

I declare under penalty of perjury that the above is true and correct (and that I am employed in or by the office of a member of the bar of this Court at whose direction the service was made).

Executed on September 2, 2016 San Diego, CA.

By: /s/ Clark Ovruchesky
CLARK OVRUCHESKY, ESQ.
ATTORNEY FOR PLAINTIFF

LAW OFFICE OF CLARK OVRUCHESKY
750 B. STREET, SUITE 3300
SAN DIEGO, CA 92101

PROOF OF SERVICE