**LAW OFFICE OF CLARK OVRUCHESKY**
Clark Ovruchesky, Esq. (301844)
co@colawcalifornia.com
750 B. Street, Suite 3300
San Diego, California 92101
Telephone: (619) 356-8960

*Attorneys for Plaintiff,*
Steve H. Koidal

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE H. KOIDAL,<br><br>**Plaintiff,**<br><br>v.<br><br>**AMERICAN HONDA FINANCE CORPORATION, TRAVIS CREDIT UNION, WELLS FARGO AUTO FINANCE, INC., DELL FINANCIAL SERVICES L.L.C., CHASE BANK USA, N.A., EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES LLC, and TRANS UNION LLC.,**<br><br>**Defendants.** | Case No.: 3:16-cv-0350-HSG<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. ONLY**<br><br>HON. JUDGE HAYWOOD S. GILLIAM, JR. |

Plaintiff Steve H. Koidal (hereinafter "Plaintiff") and Defendant Experian Information Solutions, Inc. (jointly hereinafter referred to as "the Parties"), hereby stipulate to dismiss Defendant Experian only from the above-entitled action, with prejudice, with each party to bear its own costs and attorneys' fees.

| | | |
|---|---|---|
| DATED: September 28, 2016 | | Respectfully submitted, |

                                                                LAW OFFICE OF CLARK OVRUCHESKY

                                                                By: /s/ Clark Ovruchesky
                                                                     CLARK OVRUCHESKY, ESQ.
                                                                      ATTORNEY FOR PLAINTIFF

DATED: September 28, 2016       JONES DAY

                                                By: /s/ Kelsey Israel-Trummel
                                                            Kelsey Israel-Trummel
                                                            Attorneys for Defendant,
                                                            Experian Information Solutions, Inc.

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to all defense counsels listed above, and that I have obtained their authorizations to affix their electronic signatures to this document.

Dated: September 28, 2016                 **LAW OFFICE OF CLARK OVRUCHESKY**

                                                             By:   /s/ Clark Ovruchesky
                                                                        Clark Ovruchesky
                                                                        ATTORNEYS FOR PLAINTIFF

**PURSUANT TO STIPULATION, IT IS SO ORDERED** that Defendant Experian Information Solutions, Inc. is dismissed with prejudice. Plaintiff and Defendant Experian Information Solutions, Inc. shall each bear their own costs and attorneys' fees.

Date:   9/29/2016

                                                         HON. HAYWOOD S. GILLIAM, JR.
                                                         UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE
*Koidal v. American Honda Finance Corporation et al*
Case No: No: 16-cv-00350-HSG

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of San Diego, State of California, and not a party to the above-entitled cause.

On September 28, 2016, I served a true copy of:

- **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. ONLY**

[X] By ECF: On this date, I electronically filed the following document(s) with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to all other parties appearing on the docket sheet.

I declare under penalty of perjury that the above is true and correct (and that I am employed in or by the office of a member of the bar of this Court at whose direction the service was made).

Executed on September 28, 2016 San Diego, CA.

By: /s/ Clark Ovruchesky
CLARK OVRUCHESKY, ESQ.
ATTORNEY FOR PLAINTIFF

PROOF OF SERVICE